IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BRIAUNNA DANIELS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00559-O-BP |
| § | |
| **TEXAS WORKFORCE** § | |
| **COMMISSION,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 17, 23) are **GRANTED**. Plaintiff's claims against Defendant AmeriCredit Financial Services Inc. dba GM Financial are **DISMISSED WITH PREJUDICE**, and Plaintiff's claims against Defendant Texas Workforce Commission are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **31st day** of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE